United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAN WIRE WHEELS, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-794 |
| | § | |
| MR. CEASER RAMONT GASKIN DBA STASH | § | |
| COLLECTIBLES AND CLOTHING, | § | |
| *Defendant.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, Orders, and Recommendation dated November 22, 2022 (Dkt. 20) and the objections thereto (Dkt. 21), the court is of the opinion that said Memorandum, Orders, and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum, Orders, and Recommendation is hereby **ADOPTED** by this court and the entry of default (Dkt. 11) is **VACATED** and Plaintiff's Motion for Default Judgment (Dkt. 12) is **DENIED**.

It is further **ORDERED** that Ceaser Ramont Gaskin d/b/a Stash Collectibles and Clothing **SHALL** file an Answer or other responsive pleading to the Complaint within 14 days of entry of this Order.

**SIGNED** at Houston, Texas this __9th__ day of December, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE