UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAN WIRE WHEELS, LLC, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-0794 |
| | § | |
| CEASER RAMONT GASKIN INDIVIDUALLY | § | |
| AND CEASER RAMONT GASKIN DBA | § | |
| STASH COLLECTIBLES AND CLOTHING, | § | |
|    *Defendant*. | § | |

## **MEMORANDUM AND RECOMMENDATION**

Before the Court is Plaintiff's Motion for Default Judgment.[1]  ECF 34.  Local Rule 5.5 provides that such motions "must be served on the defendant-respondent by certified mail (return receipt requested)."

In this case, the record does not reflect that Plaintiff has served Defendant with its Motion for Default Judgment by certified mail.  Indeed, the certificate of service included with Plaintiff's motion indicates that "a true and correct copy of the Defendant's Initial Disclosure is being transmitted electronically through to the attorney(s) of record."  ECF 34, at 22.  The Court therefore RECOMMENDS that

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.  ECF 15.

Plaintiff's Motion for Default Judgment (ECF 34) be DENIED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on September 06, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge