United States District Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAN WIRE WHEELS, LLC, § | |
| *Plaintiff,* § | |
| § | |
| V. § | CIVIL ACTION NO. 4:22cv794 |
| § | |
| CEASER RAMONT GASKIN INDIVIDUALLY § | |
| AND CEASAR RAMONT GASKIN DBA § | |
| STASH COLLECTIBLES AND CLOTHING, § | |
| *Defendant.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 6, 2023 (Dkt. 35) and Plaintiff's Motion for Reconsideration (Dkt. 38), which the court construes as objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED** and the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 25th day of September, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE